

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America | Case Number: 17-04321MJ-01-TUC-LAB |
|---|---|
| v. | **CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE** |
| Karina Bermudez-Delgado | |

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*Defendant's signature*

## Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

*Defendant's signature*

The United States consents to the jury-trial waiver:

*Government representative's signature*

AUSA
*Government representative's printed name and title*

## Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

*Defendant's signature*

Elizabeth Lopez, FPD
*Printed name of defendant's attorney (if any)*

*Signature of defendant's attorney (if any)*

Date: June 15, 2017     Approved by: Leslie A. Bowman
Leslie A. Bowman, United States Magistrate Judge

FILED JUN 15 2017 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA